IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00220-RJC-DSC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GARY DWIGHT TAYLOR | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se, (Doc. No. 23), again requesting a recommendation that he be placed in home confinement.

This request will be denied for the reasons previously stated. (Doc. Nos. 18, 20: Orders).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 23), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: January 29, 2021

Robert J. Conrad, Jr.
United States District Judge